**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

                  Plaintiff,

      v.                                Civil Action No. 1:14-cv-01737-AJT-TRJ

JOHN DOE, subscriber assigned IP address
71.62.174.187,

                  Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF JOHN DOE</u>**

      **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 71.62.174.187. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

      Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated: January 30, 2015

                                    Respectfully submitted,

                                  By:    */s/ William E. Tabot*
                                  William E. Tabot PC
                                  9248 Mosby Street
                                  Manassas, VA 20110-5038
                                  Phone: 703-530-7075
                                  Email: wetabotesq@wetlawfirm.com
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *William E. Tabot*_____
William E. Tabot